David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
Jose R. Babin-De-Jesus

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jose R. Babin-De-Jesus, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN EXPRESS CO.; BANK OF AMERICA, NATIONAL ASSOCIATION; CHASE - BEST BUY; CHASE BANK , NATIONAL ASSOCIATION; COOP A/C SAN RAFAEL; THE HOME DEPOT/ CITIBANK NORTH AMERICA A/K/A THD/CBNA ; WESTSTAR FEDERAL CREDIT UNION; WELLS FARGO FINANCIAL CARDS;  EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendant(s). | Case No.:  **2:16-cv-00636-RFB-GWF** <br><br> **NOTICE OF SETTLEMENT BETWEEN JOSE R. BABIN-DE-JESUS AND <u>AMERICAN EXPRESS CO.</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between Jose R. Babin-De-Jesus ("Plaintiff") and Defendant American Express ("American Express") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against American Express, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to American Express be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to American Express.

Dated:  May 12, 2016

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
***Jose R. Babin-De-Jesus***

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Judge

DATED this 16th day of May, 2016.