DARREN BRENNER, ESQ.
Nevada Bar No. 8386
MILES CLARK, ESQ.
Nevada Bar No. 13848
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: miles.clark@akerman.com

*Attorneys for Defendant Bank of America, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE R. BABIN-DE-JESUS,<br><br>                Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS CO.; BANK OF AMERICA, NATIONAL ASSOCIATION; CHASE – BEST BUY; CHASE BANK, NATIONAL ASSOCIATION; COOP A/C SAN RAFAEL; THE HOME DEPOT/CITIBANK NORTH AMERICA A/K/A/ THD/CBNA; WESTSTAR FEDERAL CREDIT UNION; WELLS FARGO FINANCIAL CARDS; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>                Defendants. | Case No. 2:16-cv-00636-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT BANK OF AMERICA, N.A.'S TIME TO RESPOND TO PLAINTIFF'S OPPOSITION** |

It is hereby stipulated and agreed by and between Plaintiff Jose R. Babin-de-Jesus (**Plaintiff**), through his attorney David Krieger, and Defendant Bank of America, N.A. (**BANA**), through its attorneys Darren Brenner and Miles Clark with the law firm of Akerman LLP, as follows:

On March 23, 2016, Plaintiff filed his Complaint (Doc. 1). On April 20, 2016, BANA filed a Motion to Dismiss (Doc. 10). On May 14, 2016, Plaintiff filed his Opposition to BANA's Motion to Dismiss (Doc. 20). BANA's reply is currently due by May 14, 2016. Plaintiff and BANA stipulate and agree that BANA shall have until May 23, 2016, in which to file its responsive pleading. This extension will permit BANA the opportunity to fully investigate and respond to the substantive

{38251504;1}

arguments raised in Plaintiff's opposition.

This is the parties' first request for an extension of time to respond to Plaintiff's Opposition and is not intended to cause any delay or prejudice to any party.

DATED this 13th day of May, 2016.

| By: | By: |
|---|---|
| */s/ David H. Krieger*<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br><br>*Attorney for Plaintiff* | */s/ Miles Clark*<br>DARREN BRENNER, ESQ.<br>Nevada Bar No. 8386<br>MILES CLARK, ESQ.<br>Nevada Bar No. 13848<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant Bank of America, N.A.* |

## ORDER

IT IS ORDERED THAT Bank of America, N.A. shall have until May 23, 2016 to respond to Plaintiff's Opposition.

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: __May 16, 2016._____