Jeffrey Willis, Esq.
Nevada Bar No. 4797
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: jwillis@swlaw.com
         kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, erroneously named as Wells Fargo Financial Cards*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE R. BABIN-DE-JESUS,<br><br>          Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS CO.; BANK OF AMERICA, NATIONAL ASSOCIATION; CHASE-BEST BUY; CHASE BANK, NATIONAL ASSOCIATION; COOP A/C SAN RAFAEL; THE HOME DEPOT / CITIBANK NORTH AMERICA A/K/A THD/CBNA; WESTSTAR FEDERAL CREDIT UNION; WELLS FARGO FINANCIAL CARDS; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN  INFORMATION SOLUTIONS, INC.,<br><br>          Defendants. | Case No. 2:16-cv-00636-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(THIRD REQUEST)** |

Plaintiff Jose R. Babin-De-Jesus, and Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Financial Cards ("Wells Fargo"), by and through its attorneys, the law firm of Snell & Wilmer L.L.P., hereby stipulate to extend the time for Wells Fargo to respond to Plaintiff's Complaint.

WHEREAS, on March 23, 2016, Plaintiff filed his Complaint in the United States District Court, District of Nevada;

WHEREAS, the Parties agree to extend Wells Fargo's time to respond to Plaintiff's

Complaint and to serve Initial Disclosures to consider potential resolution of this matter and;

WHEREAS this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Wells Fargo shall respond to Plaintiff's Complaint on or before June 13, 2016.

**IT IS SO STIPULATED.**

DATED May 17, 2016.                                DATED May 17, 2016.

HAINES & KRIEGER, LLC                              SNELL & WILMER L.L.P.

By: /s/ David Krieger                              By: /s/ Karl O. Riley
    David Krieger                                      Jeffrey Willis, Esq.
    Nevada Bar No. 9086                                Nevada Bar No. 4797
    8985 S. Eastern Avenue                             Karl O. Riley, Esq.
    Henderson, NV 89123                                Nevada Bar No. 12077
    Tel: (702) 880-5554                                3883 Howard Hughes Parkway, Suite 1100
                                                       Las Vegas, Nevada 89169
    *Attorneys for Plaintiff*                          Tel: (702) 784-5200
                                                       *Attorneys for Defendant Wells Fargo*
                                                       *Bank, N.A., erroneously named as Wells*
                                                       *Fargo Home Mortgage*

### ORDER

**IT IS ORDERED THAT** Wells Fargo shall respond to Plaintiff's Complaint on or before June 13, 2016.

**IT IS SO ORDERED.**

DATED: _____May 18_____, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

24118031.1