David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
Jose R. Babin-De-Jesus

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Jose R. Babin-De-Jesus,<br><br>            Plaintiff,<br><br>     vs.<br><br>AMERICAN EXPRESS CO.; BANK OF AMERICA, NATIONAL ASSOCIATION; CHASE - BEST BUY; CHASE BANK, NATIONAL ASSOCIATION; COOP A/C SAN RAFAEL; THE HOME DEPOT/ CITIBANK NORTH AMERICA A/K/A THD/CBNA ; WESTSTAR FEDERAL CREDIT UNION; WELLS FARGO FINANCIAL CARDS;  EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>            Defendant(s). | Case No.: **2:16-cv-00636-RFB-GWF**<br><br>**NOTICE OF SETTLEMENT BETWEEN JOSE R. BABIN-DE-JESUS AND <u>HOME DEPOT/CITIBANK, NORTH AMERICA AKA THD/CBNA</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between Jose R. Babin-De-Jesus ("Plaintiff") and Defendant Home Depot/CitiBank, North America aka THD/CBNA ("Home Depot/CitiBank, NA aka THD/CBNA") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Home Depot/CitiBank, NA aka THD/CBNA, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to Home Depot/CitiBank, NA aka THD/CBNA be vacated and that the Court set a deadline ~~sixty~~ **JULY 27, 2016** (60) from present for filing a Dismissal as to Home Depot/CitiBank, NA aka THD/CBNA.

Dated: May 27, 2016

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*Jose R. Babin-De-Jesus*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 7th day of June, 2016.