David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Jose R. Babin-De-Jesus*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Jose R. Babin-De-Jesus,<br><br>             Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS CO.; BANK OF AMERICA, NATIONAL ASSOCIATION; CHASE - BEST BUY; CHASE BANK , NATIONAL ASSOCIATION; COOP A/C SAN RAFAEL; THE HOME DEPOT/ CITIBANK NORTH AMERICA A/K/A THD/CBNA ; WESTSTAR FEDERAL CREDIT UNION; WELLS FARGO FINANCIAL CARDS; EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>             Defendants. | **Case No. 2:16-cv-00636-RFB-GWF**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO BANK OF AMERICA, NATIONAL ASSOCIATION ONLY** |

   Plaintiff Jose R. Babin-De-Jesus and Bank of America, National Association hereby stipulate and agree that the above-entitled action shall be dismissed with

…

prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Bank of America, National Association**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: August 25, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. <br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue <br> Suite 350 <br> Henderson, Nevada 89123 <br> *Attorney for Plaintiff* | /s/ Rex D. Garner, Esq. <br> Rex D. Garner, Esq. <br> Akerman LLP <br> 1160 Town Center Drive <br> Suite 330 <br> Las Vegas, NV 89144 <br><br> *Attorney for Defendant Bank of America, National Association* |

## ORDER

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: September 5, 2016.