David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Jose R. Babin-De-Jesus*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Jose R. Babin-De-Jesus,<br><br>           Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS CO.; BANK OF AMERICA, NATIONAL ASSOCIATION; CHASE - BEST BUY; CHASE BANK, NATIONAL ASSOCIATION; COOP A/C SAN RAFAEL; THE HOME DEPOT/ CITIBANK NORTH AMERICA A/K/A THD/CBNA ; WESTSTAR FEDERAL CREDIT UNION; WELLS FARGO FINANCIAL CARDS; EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>           Defendants. | **Case No. 2:16-cv-00636-RFB-GWF**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO CHASE BANK USA, N.A. (IMPROPERLY NAMED AS "CHASE BANK, NATIONAL ASSOCIATION") ("CHASE") ONLY** |

    Plaintiff Jose R. Babin-De-Jesus and Chase Bank USA, N.A. (improperly named as "Chase Bank, National Association") ("Chase") hereby stipulate and

…

agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Chase**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: August 26, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | /s/ Lindsay Demaree, Esq.<br>Lindsay Demaree, Esq.<br>Ballard Spahr LLP<br>100 North City Parkway<br>Suite 1750<br>Las Vegas, NV 89106-4617<br><br>*Attorney for Defendant Chase Bank USA, N.A.* |

### **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED:  September , 2016.