DARREN BRENNER, ESQ.
Nevada Bar No. 8386
REX GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brennner@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Defendant Bank of America, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE R. BABIN-DE-JESUS,<br><br>  Plaintiffs,<br><br>v.<br><br>AMERICAN EXPRESS CO.; BANK OF AMERICA, NATIONAL ASSOCIATION; CHASE – BEST BUY; CHASE BANK, NATIONAL ASSOCIATION; COOP A/C SAN RAFAEL; THE HOME DEPOT/CITIBANK NORTH AMERICA A/K/A/ THD/CBNA; WESTSTAR FEDERAL CREDIT UNION; WELLS FARGO FINANCIAL CARDS; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>  Defendants. | Case No. 2:16-cv-00636-RFB-GWF<br><br>**NOTICE OF DISASSOCIATION** |

Bank of America, N.A. (**BANA**) hereby provides notice Miles N. Clark, Esq., is no longer associated with the law firm of Akerman LLP. **BANA** requests Mr. Clark be removed from the CM/ECF service list.

{40429550;1}

1  Akerman LLP will continue to represent **BANA** and requests DARREN T. BRENNER,
2  ESQ., and REX D. GARNER, ESQ. receive all future notices.
3  Respectfully submitted, this 13th day of January, 2017.

**AKERMAN LLP**

*/s/ Rex D. Garner, Esq.*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
REX D. GARNER, ESQ
Nevada Bar No.  9401
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

{40429550;1}                              2

**COURT APPROVAL**

IT IS SO ORDERED.

Date: 1/17/2017

_____
UNITED STATES MAGISTRATE JUDGE

{40429550;1}                    3