# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOSE R. BABIN-DE-JESUS,        )
                               )
    Plaintiff,            )   Case No. 2:16-cv-00636-RFB-GWF
                               )
vs.                            )   **ORDER**
                               )
AMERICAN EXPRESS CO., *et al.*,)
                               )
    Defendants.           )
_____)

This matter is before the Court as to the status regarding Defendant Chase - Best Buy in this matter. On September 5, 2016, the Court granted the parties' stipulations of dismissal as to Defendant Bank of America and Defendant Chase Bank, National Association. *See* ECF Nos. 54, 55. On January 11, 2017, the Court granted the parties' stipulation of dismissal as to Defendant Experian Information Solutions, Inc. ECF No. 67. It appears that Defendant Chase - Best Buy is the only remaining Defendant. Accordingly,

**IT IS HEREBY ORDERED** that the remaining parties are to file a status report no later than **August 9, 2017**.

DATED this 2nd day of August, 2017.

                                                        _____
                                                        GEORGE FOLEY, JR.
                                                        United States Magistrate Judge